72615. SCRIVEN v. THE STATE.
(346 SE2d 906)

BANKE, Chief Judge.

Following the revocation of his probation, the appellant filed a "Petition for Appeal" with the trial court. The trial court dismissed that petition, following which the appellant filed an "Out-of-Date Appeal" to this court. *Held*:

Appeals from orders revoking probation must be made by application filed directly with the appropriate court within 30 days of the date of the revocation order. See OCGA § 5-6-35 (a) (5) & (d). As no

such application was filed in this case, the appeal must be dismissed for lack of jurisdiction.

*Appeal dismissed. Birdsong, P. J., and Sognier, J., concur.*

DECIDED JUNE 25, 1986.

James Scriven, *pro se.*
*Dupont K. Cheney, District Attorney,* for appellee.